# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY STOCKTON, | CASE NO. 1:10-cv-00636-GSA |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SUBMIT CERTIFIED PRISONER TRUST ACCOUNT STATEMENT IN SUPPORT OF APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | (Doc. 2) |

Plaintiff Percy Stockton, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U. S. C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U. S. C. § 1915 and a copy of his prison trust account statement. However, the copy of Plaintiff's prison trust account statement was not properly certified and appeared to be a printout of an inmate inquiry rather than an official inmate trust account statement. See 28 U. S. C. § 1915(a)(2). Plaintiff will be provided the opportunity to either pay the $350.00 filing fee or submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust account statement (executed by appropriate prison personnel) for the entire six month period immediately preceding

/ / /

/ / /

/ / /

1

the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action. Plaintiff's failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:    **April 13, 2010**                             /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE