IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY STOCKTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____/ | 1:10-cv-00636-OWW-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS OF JULY 30, 2010<br>(Doc. 10.) |

   Percy Stockton ("plaintiff") is a prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.

   On July 30, 2010, Findings and Recommendations issued, recommending that this action be dismissed for plaintiff's failure to obey the court's order of April 14, 2010 which ordered him to either submit a certified copy of his prison trust account statement, or pay the $350.00 filing fee for this action. (Doc. 10.) Plaintiff was granted an opportunity to file objections to the Findings and Recommendations within thirty days. On August 30, 2010, Plaintiff submitted a certified copy of his prison trust account statement. (Doc. 12.) Due to Plaintiff's compliance with the April 14, 2010 order, the Findings and Recommendations shall be vacated.

   Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations which issued on July 30, 2010, are VACATED.

   IT IS SO ORDERED.

   Dated:   September 17, 2010            /s/ Gary S. Austin

1 UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28