IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY STOCKTON, | 1:10-cv-00636-AWI-GSA-PC |
|     Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 18.) |
|   vs. | |
| STATE OF CALIFORNIA, et al., | ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983 |
|     Defendants. | ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(g) |
| | ORDER DIRECTING CLERK TO CLOSE CASE |

Percy Stockton ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 13, 2012, findings and recommendations were entered, recommending that this action be dismissed for failure to state a claim upon which relief may be granted under section 1983. Plaintiff was provided an opportunity to file objections to the findings and recommendations within

///

///

1

twenty days. To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 13, 2012, are adopted in full;
2. This action is dismissed with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983;
3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g); and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 3, 2012

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] On January 13, 2012, the Court served the findings and recommendations on Plaintiff at the California Correctional Institution (CCI) in Tehachapi, California, where he was formerly incarcerated. (Court Record.) On January 26, 2012, the Court re-served the findings and recommendations on Plaintiff at his current address of record, 14626 Old Hwy 80, El Cajon, CA 92021. <u>Id.</u> On April 23, 2012, California State Prison-Sacramento returned the findings and recommendations which had been served on Plaintiff at CCI, as undeliverable. (Doc. 19.) A notation on the envelope indicated "INACT." <u>Id.</u> The findings and recommendations served on Plaintiff at his current address of record was not returned to the Court. (Court Docket.) In light of the returned mail, the Court extended the deadline for Plaintiff to file objections to May 17, 2012. <u>Id.</u> To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations. <u>Id.</u>

2