1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PERCY STOCKTON,                          1:10-cv-00636-AWI-GSA-PC

12              Plaintiff,                     ORDER ADOPTING FINDINGS
                                               AND RECOMMENDATIONS
13         vs.                                 (Doc. 18.)

14   STATE OF CALIFORNIA, et al.,              ORDER DISMISSING ACTION  FOR
                                               FAILURE TO STATE A CLAIM UPON WHICH
15                                             RELIEF MAY BE GRANTED UNDER
                                               SECTION 1983
16              Defendants.
                                               ORDER THAT DISMISSAL IS SUBJECT
17                                             TO 28 U.S.C. § 1915(g)

18                                             ORDER DIRECTING CLERK TO CLOSE CASE

19   _____/

20         Percy Stockton ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights

21   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

22   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

23         On January 13, 2012, findings and recommendations were entered, recommending that this

24   action be dismissed for failure to state a claim upon which relief may be granted under section 1983.

25   Plaintiff was provided an opportunity to file objections to the findings and recommendations within

26   ///

27   ///

28                                             1

1   twenty days.  To date, Plaintiff has not filed objections or otherwise responded to the findings and

2   recommendations.[1]

3          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this

4   Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

5   Court finds the findings and recommendations to be supported by the record and proper analysis.

6          Accordingly, THE COURT HEREBY ORDERS that:

7      1.    The Findings and Recommendations issued by the Magistrate Judge on January 13,

8            2012, are adopted in full;

9      2.    This action is dismissed with prejudice, based on Plaintiff's failure to state a claim

10           upon which relief may be granted under section 1983;

11     3.    This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. §

12           1915(g); and

13     4.    The Clerk of Court is directed to close this case.

14  IT IS SO ORDERED.

15  Dated:    August 3, 2012                          _____

16                                                    CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23  _____

24     [1]On January 13, 2012, the Court served the findings and recommendations on Plaintiff at the California Correctional
    Institution (CCI) in Tehachapi, California, where he was formerly incarcerated.  (Court Record.)  On January 26, 2012, the
    Court re-served the findings and recommendations on Plaintiff at his current address of record, 14626 Old Hwy 80, El Cajon,

25  CA 92021.  Id.  On April 23, 2012, California State Prison-Sacramento returned the findings and recommendations which
    had been served on Plaintiff at CCI, as undeliverable.  (Doc. 19.)  A notation on the envelope indicated "INACT."  Id.  The

26  findings and recommendations served on Plaintiff at his current address of record was not returned to the Court.  (Court
    Docket.)  In light of the returned mail, the Court extended the deadline for Plaintiff to file objections to May 17, 2012.  Id.

27  To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.  Id.

28                                              2